UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARREN BURNETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1208** |
| **ROBERT TANNER, WARDEN** | **SECTION "I"(5)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Warren Burnett, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Warren Burnett for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of February, 2016.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE